### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DIANE SELF, ET AL., )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>TRAVELERS INDEMNITY CO., ET AL., )<br>)<br>Defendants. ) | NO. CIV-15-0351-HE |

### **ORDER**

For the reasons stated in the court's order entered September 21, 2015 [Doc. #22], and in light of the parties' agreement as to the effect of the order [Doc. #24], summary judgment is entered in favor of defendants Travelers Indemnity Company and Standard Fire Insurance Company as to plaintiffs' claims.

**IT IS SO ORDERED**.

Dated this 8th day of October, 2015.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE