### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DIANE SELF, ET AL., )<br>)<br>Plaintiffs, )<br>vs. )<br>)<br>TRAVELERS INDEMNITY CO., ET AL., )<br>)<br>Defendants. ) | NO. CIV-15-0351-HE |

### JUDGMENT

In accordance with the order entered this date and the court's summary judgment order entered September 21, 2015 [Doc. #22], final judgment is entered in favor of defendants as to plaintiffs' claims.

**IT IS SO ORDERED**.

Dated this 8th day of October, 2015.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE